# THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MARY A. NESS,<br><br>  Plaintiff,<br><br>  vs.<br><br>BREG, INC.; and LMA NORTH AMERICA, INC.,<br><br>  Defendants. | Case No. 0:10-cv-00804-PAM-FLN<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) OF LMA NORTH AMERICA, INC.** |

The above-captioned action came before the Court on the Parties' Joint Stipulation of Voluntary Dismissal of LMA North America, Inc.

IT IS HEREBY ORDERED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that Plaintiff's Complaint against LMA is dismissed in its entirety without prejudice.

Dated: September  27 , 2010

                                           s/Paul A. Magnuson
                                           Honorable Paul A. Magnuson
                                           United States District Court Judge